DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
TEODORO DELATORRE-MERCADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>TEODORO DELATORRE-MERCADO, )<br>)<br>Defendant. )<br>_____ | NO. CR.S-08-194-EJG<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**<br><br>Date: June 13, 2008<br>Time: 10:00 a.m.<br>Judge: Hon. Edward J. Garcia |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, DANIEL McCONKIE, Assistant United States Attorney, and RACHELLE BARBOUR, Assistant Federal Defender, attorney for defendant, TEODORO DELATORRE-MERCADO, that the status conference set for June 6, 2008 be continued to June 13, 2008 at 10:00 a.m.

　　　This continuance is being requested because this case is a fast-track immigration case.  The defense needs time to translate the pre-plea PSR and proposed plea agreement into Spanish and explain them to Mr. Delatorre-Mercado.  In addition, the defense has requested criminal history records that have not yet arrived.  Further, defense counsel has been out ill and needs an additional week to discuss the case with

the defendant.

For this reason, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial Act may be excluded from the date of this order through June 13, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv)(Local Code T4) [reasonable time to prepare].

```
                                    Respectfully submitted,
                                    DANIEL J. BRODERICK
                                    Federal Defender

DATED: June 4, 2008                 /s/ RACHELLE BARBOUR
                                    RACHELLE BARBOUR
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    TEODORO DELATORRE-MERCADO


                                    McGREGOR SCOTT
                                    United States Attorney

DATED: June 4, 2008                 /s/ RACHELLE BARBOUR for
                                    DANIEL McCONKIE
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff
```

**O R D E R**

**IT IS SO ORDERED.**

DATED:   June 4, 2008             /s/ Edward J. Garcia
                                  EDWARD J. GARCIA
                                  United States District Judge