DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
TEODORO DELATORRE-MERCADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>             Plaintiff,           )<br>                                  )<br>     v.                           )<br>                                  )<br>                                  )<br>                                  )<br> TEODORO DELATORRE-MERCADO,       )<br>                                  )<br>             Defendant.           )<br>_____ | NO. CR.S-08-194-EJG<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**<br><br>Date: June 27, 2008<br>Time: 10:00 a.m.<br>Judge: Hon. Edward J. Garcia |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, DANIEL McCONKIE, Assistant United States Attorney, and RACHELLE BARBOUR, Assistant Federal Defender, attorney for defendant, TEODORO DELATORRE-MERCADO, that the status conference set for June 13, 2008 be continued to June 27, 2008 at 10:00 a.m.

　　　This continuance is being requested because this case is an illegal reentry immigration case.  The defense needs time to translate the pre-plea PSR and proposed plea agreement into Spanish and explain them to Mr. Delatorre-Mercado.

　　　For this reason, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and

the defendant in a speedy trial and that time under the Speedy Trial Act may be excluded from the date of this order through June 27, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv)(Local Code T4) [reasonable time to prepare].

```
                                    Respectfully submitted,
                                    DANIEL J. BRODERICK
                                    Federal Defender

DATED: June 11, 2008                /s/ RACHELLE BARBOUR
                                    RACHELLE BARBOUR
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    TEODORO DELATORRE-MERCADO


                                    McGREGOR SCOTT
                                    United States Attorney


DATED: June 11, 2008                /s/ RACHELLE BARBOUR for
                                    DANIEL McCONKIE
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff
```

## O R D E R

**IT IS SO ORDERED.**

```
DATED: June 11, 2008                /s/ Edward J. Garcia
                                    EDWARD J. GARCIA
                                    United States District Judge
```