**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
SHERYL HAYDEN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.-S-08-294-EJG |
| ) | |
| PLAINTIFF, ) | STIPULATION AND |
| ) | ORDER EXTENDING TIME TO |
| v. ) | FILE PRE-TRIAL RELEASE |
| ) | DOCUMENTS |
| SHERYL HAYDEN, et al., ) | |
| ) | |
| DEFENDANT. ) | |
| _____) | |

On June 27, 2008, the defendant, SHERYL HAYDEN, made her first appearance in this Court. At that time the Court ordered her released pending trial on condition that a secured bond in the amount of $150,000 be posted. (See Docket Entry # 13) The defendant has been released with an unsecured bond in the amount of $150,000 being posted with the Court. (See Docket Entry #13) The defense requested the secured bond to be posted on or before Friday, July 18, 2008. (See Docket Entry #13) The government and the defense agreed and stipulated to a continuance for the filing of the secured bond documents to Friday, August 8, 2008, which this Court signed an Order to that effect on July 21, 2008. (See Docket Entry #35)

The defense has forwarded to the government all of the documents required for the secured bond (Title report and appraisal of the property). The government needs

1

some additional time to review the documents to ensure they are in order. The defense will need time after the government's review to file the appropriate documents with the Placer County Recorder's Office and the Clerk of this Court. Thus, the government, by Assistant United States Attorney, Mr. Russell L. Carlberg and the defense, by Mr. James R. Greiner, hereby agree and stipulate that the time for the filing of the documents to secure the bond for release can be continued to on or before Friday, August 22, 2008, with the defendant, Sherly Hayden remaining out of custody on the filed unsecured bond in the amount of $150,000 that has been posted and filed with this Court. (See Docket Entries # 13, 17, 18, and 19)

In addition, defense counsel personally spoke with Mr. Steve Sheehan, Pre-trial release officer, on Friday, August 8, 2008, and explained the entire situation to him. Mr. Sheehan reports that to date the defendant has been in compliance with the conditions of her release. In addition, Mr. Sheehan has no objection to the continuance to on or before Friday, August 22, 2008, for the filing of the documents to secure the bond for release.

Respectfully submitted,

McGREGOR W. SCOTT
UNITED STATES ATTORNEY

/s/ RUSSELL L. CARLBERG by e mail authorization

DATED: 8-8-08   _____
RUSSELL L. CARLBERG
Assistant United States Attorney
Attorney for the Plaintiff


/s/ James R. Greiner
DATED: 8-8-08   _____
JAMES R. GREINER
Attorney for defendant SHERYL HAYDEN

2

1     FOR GOOD CAUSE SHOWN

2     IT IS HEREBY ORDERED that defendant Sheryl Hayden shall have to on or before Friday, August 22, 2008, to file with the Court the necessary documents to secure the $150,000 appearance bond and that the defendant shall remain out of custody with the unsecured $150,000 appearance bond previously filed with the Court until the filing of the documents necessary for the $150,000 secured appearance bond.

    IT IS SO ORDERED.

DATED: August 8, 2008.

_____
U.S. MAGISTRATE JUDGE