1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  RACHELLE BARBOUR, Bar #185395
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   TEODORO DELATORRE-MERCADO
6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,        )
11                                   )  NO. CR.S-08-194-EJG
                  Plaintiff,         )
12                                   )
        v.                           )
13                                   )  **STIPULATION AND ORDER TO CONTINUE**
                                     )  **STATUS CONFERENCE AND EXCLUDE**
14                                   )  **TIME**
   TEODORO DELATORRE-MERCADO,        )
15                                   )  Date: August 22, 2008
                  Defendant.         )  Time: 10:00 a.m.
16 _____      Judge: Hon. Edward J. Garcia

17

18      IT IS HEREBY STIPULATED by and between the parties hereto through

19 their respective counsel, DANIEL McCONKIE, Assistant United States

20 Attorney, and RACHELLE BARBOUR, Assistant Federal Defender, attorney

21 for defendant, TEODORO DELATORRE-MERCADO, that the status conference

22 set for August 15, 2008 be continued to August 22, 2008 at 10:00 a.m.

23      This continuance is being requested because defense counsel will

24 be out of town on the currently set status conference date and requires

25 additional time to discuss the case with Mr. Delatorre and with the

26 government.

27      For this reason, the parties agree that the ends of justice to be

28 served by a continuance outweigh the best interests of the public and

the defendant in a speedy trial and that time under the Speedy Trial Act may be excluded from the date of this order through August 22, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv)(Local Code T4) [reasonable time to prepare].

```
                                    Respectfully submitted,
                                    DANIEL J. BRODERICK
                                    Federal Defender

DATED: August 13, 2008              /s/ RACHELLE BARBOUR
                                    RACHELLE BARBOUR
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    TEODORO DELATORRE-MERCADO


                                    McGREGOR SCOTT
                                    United States Attorney


DATED: August 13, 2008              /s/ RACHELLE BARBOUR for
                                    DANIEL McCONKIE
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff
```

**O R D E R**

**IT IS SO ORDERED.**

DATED: August 13, 2008              /s/ EDWARD J. GARCIA
                                    United States District Judge