DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
TEODORO DELATORRE-MERCADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>             Plaintiff,<br><br>   v.<br><br>TEODORO DELATORRE-MERCADO,<br>             Defendant. | NO. CR.S-08-194-EJG<br><br>**STIPULATION AND ORDER TO SET TRIAL AND TRIAL CONFIRMATION DATES AND EXCLUDE TIME**<br><br>Date: December 15, 2008<br>Time: 9:00 a.m.<br>Judge: Hon. Edward J. Garcia |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, DANIEL McCONKIE, Assistant United States Attorney, and RACHELLE BARBOUR, Assistant Federal Defender, attorney for defendant, TEODORO DELATORRE-MERCADO, that the status conference set for August 22, 2008 be vacated and that a jury trial date be set for December 15, 2008 at 9:00 a.m., with a trial confirmation hearing date of November 14, 2008 at 10:00 a.m.

This continuance is being requested because Mr. Delatorre wants defense counsel to investigate defenses that he seeks to present at jury trial.  The trial date was chosen to accommodate defense counsel's need for preparation and investigation, as well as due to defense

counsel's unavailability because of several other trials set in the fall.  Accordingly, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial Act may be excluded from the date of this order through December 15, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv)(Local Code T4) [reasonable time to prepare and continuity of counsel].

```
                                    Respectfully submitted,
                                    DANIEL J. BRODERICK
                                    Federal Defender

DATED: August 21, 2008              /s/ RACHELLE BARBOUR
                                    RACHELLE BARBOUR
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    TEODORO DELATORRE-MERCADO


                                    McGREGOR SCOTT
                                    United States Attorney

DATED: August 21, 2008              /s/ RACHELLE BARBOUR for
                                    DANIEL McCONKIE
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff
```

**O R D E R**

**IT IS SO ORDERED.**

```
DATED: August 21, 2008              /s/ EDWARD J. GARCIA
                                    United States District Judge
```